AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| KIMBERLY BECK and TRAVIS LORENTZ, INDIVIDUALLY and as PERSONAL REPRESENTATIVES of CHARLES GAGE LORENTZ, DECEASED, <br> *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA and ROBERT JOHN MITCHELL, INDIVIDUALLY and in his OFFICIAL CAPACITY as a NATIONAL PARK RANGER, <br> *Defendant(s)* | Civil Action No. 2:20-cv-01280-GBW-SMV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America
c/o US Attorney John C. Anderson
201 3rd St. NW Suite 900
Albuquerque, NM 87102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shannon L. Kennedy
Kennedy Kennedy & Ives, PC
1000 2nd St. NW
Albuquerque, NM 87102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Thursday, December 17, 2020

Amy Padilla
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   2:20-cv-01280-GBW-SMV

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of Individual and title *if any*) **United States Of America** was received by me **December 22, 2020**.

☐   I personally served the summons on the individual at (*place*) _____ _____ on (*date*) _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____ _____ , a person of suitable age and discretion who resides there, on (*date*) _____ , mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*) **"Coriada" Via US Postal Registered Mail per US Attorney instructions at 201 3rd NW Suite 900 Albuquerque, NM 87102**, who is designated by law to accept service of process on behalf of (*name of organization*) **United States of America** on (*date*) **January 4, 2021**; or

☐   I returned the summons unexecuted because _____ ; or

☐   Other (*specify*):

Unless the summons was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: 1-4-2021

Server's Signature

Michael Tinker
*Printed name and title*

7618 Santiago Rd. SW, Albuquerque, NM 87105
*Server's Address*

OFFICIAL SEAL
Mikail Tinker
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires:

Additional information regarding attempted service, etc: