# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

KIMBERLY BECK and TRAVIS LORENTZ,
INDIVIDUALLY and as PERSONAL
REPRESENTATIVES OF CHARLES "GAGE"
LORENTZ, DECEASED,

      Plaintiffs,

  v.                                                   No. CIV 20-1280 GBW/SMV

UNITED STATES OF AMERICA, and
ROBERT JOHN MITCHELL, INDIVIDUALLY
and in his OFFICIAL CAPACITY as a
NATIONAL PARK RANGER,

      Defendants.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER

This matter comes before the Court on Defendants United States of America's and Robert John Mitchell's Unopposed Motion to Extend Answer (Doc. 5). The Court finds the Motion is well-taken and will be GRANTED.

WHEREFORE, Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint is extended to and including March 26, 2021.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

Submitted by:


*/s/ Roberto D. Ortega 3/5/21*
ROBERTO D. ORTEGA
Assistant United States Attorney
*Attorney for Defendant United States*


Approved By:

*/s/ Approved electronically 3/4/21*
ADAM C. FLORES
JOSEPH P. KENNEDY
SHANNON L. KENNEDY
*Attorney for Plaintiffs*