**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**KIMBERLY BECK and TRAVIS LORENTZ,
INDIVIDUALLY and as PERSONAL
REPRESENTATIVES of CHARLES "GAGE"
LORENTZ, DECEASED,**

   **Plaintiffs,**

**v.**                                                  **No.  2:20-cv-01280-GBW-SMV**

**UNITED STATES OF AMERICA and
ROBERT JOHN MITCHELL, INDIVIDUALLY
and in his OFFICIAL CAPACITY as a
NATIONAL PARK RANGER,**

   **Defendants.**

**<u>CERTIFICATION OF GOOD STANDING OF SPENCER W. PARK FOR PURPOSE OF
PRO HAC VICE APPEARANCE</u>**

I, Shannon L. Kennedy, hereby certify that Spencer W. Park is admitted to practice before

the Bar of the State of Utah, in all courts of said State, including the Supreme Court of Utah.  Mr.

Park is an attorney in good standing as a member of the Bar of the State of Utah and is not a

member of the Bar of this Court but has associated with me as local counsel to represent Plaintiffs

in the matter listed above.

Respectfully submitted,

**KENNEDY KENNEDY & IVES, PC**

*/s/ Shannon L. Kennedy*
Shannon L. Kennedy
Joseph P. Kennedy
Adam C. Flores
1000 2nd Street NW
Albuquerque, New Mexico 87102
(505) 244-1400 / F: (505) 244-1406
slk@civilrightslaw.com
jpk@civilrightslaw.com
acf@civilrightslaw.com

*Attorneys for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was delivered to all counsel via email on the day of its filing with the Odyssey filing system.


*<u>/s/ Shannon L. Kennedy</u>*
Shannon L. Kennedy