IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KIMBERLY BECK AND TRAVIS LORENTZ,
INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVES OF CHARLES "GAGE"
LORENTZ, DECEASED,

      Plaintiffs,

vs.                                                                                                                                   No. CV 20-1280 MV-SMV

UNITED STATES OF AMERICA, and,
ROBERT JOHN MITCHELL, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS A
NATIONAL PARK RANGER,

      Defendants.

**ORDER ON JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES**

Upon consideration of the parties' Joint Motion to Extend Case Management Deadlines (Doc. 41), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that the Scheduling Order (Doc. 32) shall be modified as follows:

| | |
|---|---|
| Plaintiffs disclose experts and provide expert reports or summary disclosures by: | **February 18, 2022** |
| Defendants disclose experts and provide expert reports or summary disclosures by: | **March 22, 2022** |
| Termination of discovery: | **April 19, 2022** |
| Motions relating to discovery filed by: | **May 9, 2022** |
| Pretrial motions other than discovery motions filed by: | **May 17, 2022** |
| Proposed pretrial order due from Plaintiffs to Defendants by: | **July 5, 2022** |
| Proposed pretrial order due from Defendants to Court by: | **July 18, 2022** |

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

Agreed to by the Parties:

*/s/ Shannon L. Kennedy 11/30/2021*
Shannon L. Kennedy
Joseph P. Kennedy
Spencer W. Park
*Counsel for Plaintiffs*

*/s/ Roberto D. Ortega 11/30/2021*
Roberto D. Ortega
Christine Lyman
*Counsel for Defendants*