IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KIMBERLY BECK and TRAVIS LORENTZ,
INDIVIDUALLY and as PERSONAL
REPRESENTATIVES of CHARLES "GAGE"
LORENTZ, DECEASED,**

        Plaintiffs,

v.                              No. 2:20-cv-01280-MV-SMV

**UNITED STATES OF AMERICA and
ROBERT JOHN MITCHELL, INDIVIDUALLY
and in his OFFICIAL CAPACITY as a
NATIONAL PARK RANGER,**

        Defendants.

### ORDER ON JOINT MOTION TO EXTEND PRETRIAL DEADLINES

THIS MATTER came before the Court on the Joint Motion to Extend Pretrial Deadlines filed February 17, 2022. The Court has reviewed the Motion and noting the Motion is unopposed, FINDS there is good cause for the extensions and the Motion should be Granted.

IT IS THEREFORE ORDERED that the Pretrial Deadlines shall be modified as follows:

| | |
|---|---|
| Plaintiffs disclose experts and provide expert reports or summary disclosures by: | **April 4, 2022** |
| Defendants disclose experts and provide expert reports or summary disclosures by: | **May 6, 2022** |
| Termination of discovery: | **June 3, 2022** |
| Motions relating to discovery filed by: | **June 23, 2022** |
| Pretrial motions other than discovery motions filed by: | **July 1, 2022** |

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

1

Agreed to by the Parties:

*via email on 02/17/2022*
Shannon L. Kennedy
Joseph P. Kennedy
Spencer W. Park
*Counsel for Plaintiffs*

*via email on 02/17/2022*
Roberto D. Ortega
Christine Lyman
*Counsel for Defendants*