IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KIMBERLY BECK and TRAVIS LORENTZ,**
**INDIVIDUALLY and as PERSONAL**
**REPRESENTATIVES of CHARLES "GAGE"**
**LORENTZ, DECEASED,**

           Plaintiffs,

v.                     No. 2:20-cv-01280-MV-SMV

**UNITED STATES OF AMERICA and**
**ROBERT JOHN MITCHELL, INDIVIDUALLY**
**and in his OFFICIAL CAPACITY as a**
**NATIONAL PARK RANGER,**

           Defendants.

## ORDER ON JOINT MOTION TO EXTEND EXPERT DEADLINES

THIS MATTER came before the Court on the Joint Motion to Extend Expert Deadlines filed March 28, 2022 [Doc. 51]. The Court has reviewed the Motion and noting the Motion is unopposed, FINDS there is good cause for the extensions and the Motion should be Granted.

IT IS THEREFORE ORDERED that the Expert Deadlines shall be modified as follows:

| | |
|---|---|
| Plaintiffs disclose experts and provide expert reports or summary disclosures by: | **May 19, 2022** |
| Defendants disclose experts and provide expert reports or summary disclosures by: | **June 20, 2022** |

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

Agreed to by the Parties:

*via email on 03/25/2022*_____
Shannon L. Kennedy
Joseph P. Kennedy

Spencer W. Park
*Counsel for Plaintiffs*

*via email on 03/25/2022*
Roberto D. Ortega
Christine Lyman
*Counsel for Defendants*