IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KIMBERLY BECK and
TRAVIS LORENTZ,**

    **Plaintiffs,**

v.                                                                                           No. 20-cv-01280 MV/SMV

**UNITED STATES OF AMERICA and
ROBERT JOHN MITCHELL,**

    **Defendants.**

### ORDER ON JOINT MOTION TO EXTEND EXPERT
### AND PRETRIAL DEADLINES

THIS MATTER is before the Court on the Joint Motion to Extend Expert and Pretrial Deadlines (the "Motion"), filed May 18, 2022. [Doc. 56]. The Court has reviewed the Motion and, noting the Motion is unopposed, FINDS the Motion is well-taken in part and the Motion should be GRANTED in part and DENIED in part.

The Court will grant the Motion to amend the deadlines set forth in the Court's Scheduling Order [Doc. 32], entered on July 21, 2021, and amendments thereto. *See* [Docs. 42, 48, 52]. The Motion will be granted as to amendment of the discovery and dispositive motions deadlines.

The Court will deny the Motion to amend the deadlines related to the pretrial order. The deadlines previously set for the pretrial order will be vacated. *See* [Doc. 42]. Pretrial order deadlines will be fixed by separate order.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the discovery and dispositive motions deadlines be AMENDED as follows:

| | |
|---|---|
| Plaintiffs disclose experts and provide expert reports or summary disclosures by: | **June 3, 2022** |
| Defendants disclose experts and provide expert reports or summary disclosures by: | **July 8, 2022** |
| Termination of discovery: | **June 28, 2022** |
| Motions relating to discovery filed by: | **July 14, 2022** |
| Pretrial motions other than discovery motions filed by: | **August 28, 2022** |

**IT IS FURTHER ORDERED** that the deadlines for the pretrial order set forth in the Court's order granting the parties' Joint Motion to Extend Case Management Deadlines, [Doc. 42], are hereby VACATED.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**