IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KIMBERLY BECK and TRAVIS LORENTZ,**
**INDIVIDUALLY and as PERSONAL**
**REPRESENTATIVES of CHARLES "GAGE"**
**LORENTZ, DECEASED,**

      Plaintiffs,

v.                                                                  No. 2:20-cv-01280-MV-SMV

**UNITED STATES OF AMERICA and**
**ROBERT JOHN MITCHELL, INDIVIDUALLY**
**and in his OFFICIAL CAPACITY as a**
**NATIONAL PARK RANGER,**

      Defendants.

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS FOR EXHIBITS TO THEIR RESPONSE *IN OPPOSITION* TO DEFENDANT ROBERT JOHN MITCHELL'S MOTION TO QUASH SUBPOENA DUCES TECUM FOR HIS CONFIDENTIAL PSYCHOTHERAPY RECORDS AND MOTION FOR PROTECTIVE ORDER**

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion for Extension of Page Limits for Exhibits to Their Response *in Opposition* to Defendant Robert John Mitchell's Motion to Quash Subpoena Duces Tecum for His Confidential Psychotherapy Records and Motion for Protective Order (MTQ/MPO), Doc. 66, filed on June 27, 2022. The Court, having considered the Motion, noting it is an unopposed motion, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Unopposed Motion for Extension of Page Limits for Exhibits to Their Response *in Opposition* to Defendant Robert John Mitchell's Motion to Quash Subpoena Duces Tecum for His Confidential Psychotherapy Records and Motion for Protective Order is **GRANTED** as follows:

Plaintiffs are permitted to file their exhibits to Plaintiffs' MTQ/MPO [Doc. 66] which exceed the 50-page limit by 9 pages, for a total of 59 pages of exhibits.

IT IS SO ORDERED.

_____
**HONORABLE STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**

Respectfully Submitted:

**THE KENNEDY LAW FIRM, P.C.**

*/s/ Shannon L. Kennedy*
Shannon L. Kennedy
Joseph P. Kennedy
1000 2nd Street NW
Albuquerque, NM 87102
505-244-1400 / F: 505-244-1406
slk@civilrightslaw.com
jpk@civilrightslaw.com

*Attorneys for Plaintiffs*

Approved by:


**FRED J. FEDERICI**
**Acting United States Attorney**


*Approval via email 6/27/22*
ROBERTO D. ORTEGA
CHRISTINE LYMAN
*Assistant United States Attorneys*
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 346-7274
Fax: (505) 346-7205
Roberto.ortega@usdoj.gov
Christine.lyman@usdoj.gov