# Charles Lorentz Shooting Video Reconstruction

EXHIBIT 2





Camera matched position with 3D laserscan data.

Start of
video timer 00:00

2020-03-21 T23:07:31Z
AXON BODY 2 X81265399

LORENTZ003120



Ranger Mitchell tells Gage: "Go ahead and step over here, please."

Start of video timer 00:35

2020-03-21 T23:08:06Z
AXON BODY 2 X81265399

LORENTZ003123



Ranger Mitchell: "Spread your feet for me."

Start of video timer  00:38

2020-03-21 T23:08:10Z
AXON BODY 2 X81265399

LORENTZ003124



Start of
video timer  01:29

2020-03-21 T23:09:01Z
AXON BODY 2 X81265399

LORENTZ003128

**26 seconds of video
unaccounted for.**

---

**Facts that happened during during the 26 seconds:**

**Ranger Mitchell approaches to drive stun Mr. Lorentz.**

**Ranger Mitchell pulls the Taser trigger 9 times.**

Ranger Mitchell strikes Mr. Lorentz multiple times with his Taser

**Ranger Mitchell pulls out his gun during this time.**

In Ranger Mitchell's interview on page 9, he reports that he "went in for a drive stun" after the Taser appeared to be ineffective.



LORENTZ003132

point it at him yet. But he saw me draw the Taser and he said, no, you're gonna need that other one. And, uh, I thought about that for a second. It's my contact. I'm in control. It's up to me to decide. So I kept the Taser out and, uh, he just stared at me fen, fists clenched, looking at me. And, uh, just like I was taught in, at FLETC, you know, if you have pre-assault indicators don't wait around to get assaulted. Take the fight to 'em. So, I deployed the Taser. And I did see one barb go into him. But he just stood there. And, uh, I went in for a drive stun with no effect. So, I don't know, I don't know if there was a clothing disconnect. I don't know, you know, I guess it doesn't matter. Um, but, uh, the drive stun did not work. And I had a second cartridge in there and I thought well, okay, I'll deploy that but I never got that chance. He struck me. And then the fight was on. I was using, he hit me on the left side of my face. That was the first blow that he landed. Um, and, uh, I had already gotten that inclination from him that he had a fixation on my weapon so I was using my right hand to cover my weapon on my right-hand side. And I kind of plated myself towards him with my shoulder and I was taking blows on the left hand, on my left side sort of in the neck, face and shoulder area. Um, he started pushing me. He got me pushed back a little towards where the vehicle was parked, my vehicle. And, uh, I thought that he was trying to push my head into the bumper. That's what it seemed like. He was trying to get me on the ground. And so, I was trying to stay standing and, uh, I was kinda leaning forward into him with my left side. And as he's striking me I felt, I felt his hand reach behind me and he was trying to get his hand on my weapon. So, I had my right hand covering my weapon in the holster and I felt his hand on my hand. He was pulling at it. He was pulling at my hand. Um, so I just pushed down on that weapon even more. So, I do have a Level 2 retention holster, –

Jared Rostro: Mm hmm.

Robert John Mitchell: – uh, so that helped. Um, when, uh, when that gun grab was unsuccessful he started hitting me in the head with both of his hands. And I knew his hands were off of that. So, I was looking down and I could see his waistline and I drew, you know, at this point he's gonna do anything. He's already tried for the gun.

Jared Rostro: Mm hmm.

Robert John Mitchell: Um, I'm already thinking it's gonna be him or me on this one. And, uh, so, with, with his hands away from my waistline I drew my weapon and I got off a round that I thought was gonna be somewhere around his pelvis, waist area. And, uh, I don't know whether or not I shot him or not. Uh, it didn't seem to have any real impact. Um, at the time that I deployed the Taser I was still trying to decide, you know, is this guy, is he using something? I didn't think he was drunk but something wasn't quite right. He, you know, he already had given me an answer that didn't make a whole lot of sense. Um, he wasn't behaving like most people would behave when they're dealing with the police, you know. I'm sure all of us in this room have had moments where people are like, yeah, okay, I screwed up. It's my fault.

Jared Rostro: Mm hmm.

Robert John Mitchell: You know, it didn't go that way at all. And, um, so anyway, uh, so, I have, I have delivered this first round which may or may not have done anything. But, um, within a couple of seconds he had let go of me and I separated from him. And I'm gonna guess that I was



















Start of video timer 01:55

Gage

Ranger Mitchell

LORENTZ003137



Ranger Mitchell pushes Gage back.

Start of
video timer   01:56

2020-03-21 T23:09:28Z
AXON BODY 2 X81265399

LORENTZ003140



Shadow indicates that Ranger Mitchell is on one knee.

Start of video timer 01:56

2020-03-21 T23:09:28Z
AXON BODY 2 X81265399

LORENTZ003141



1st shot fired into Gage's right femur.

Start of video timer 01:57
Time after 1st shot 00:00

2020-03-21 T23:09:28Z
AXON BODY 2 X81265999

LORENTZ003142



Gage's right femur is shattered by the bullet.

LORENTZ003144



Ranger Mitchell pushes Gage to the ground.

Start of
video timer   01:57
Time after
1st shot      00:00

LORENTZ003145



Gage is on the ground.

Start of video timer: 01:58
Time after 1st shot: 00:01

2020-03-21 T23:09:30Z
AXON BODY 2 X81265399

LORENTZ003146



Ranger Mitchell has Gage held down and has control of the situation.

Start of video timer 01:59
Time after 1st shot 00:01

2020-03-21 T23:09:30Z
AXON BODY 2 X81265399

LORENTZ003147



Camera-matched position.

LORENTZ003149



Ranger Mitchell fires 2nd round into Gage's chest.

Start of video timer 01:59
Time after 1st shot 00:02

2020-03-21

XON BODY

LORENTZ003150



Ranger Mitchell backs up and off Gage.

Start of video timer 02:03
Time after 1st shot 00:06

2020-03-21 T23:09:35Z
AXON BODY 2 X81265399

LORENTZ003152



Ranger Mitchell handcuffs Gage.

Start of video timer 05:15
Time after 1st shot 03:17

LORENTZ003155



Ranger Mitchell rolls Gage over.

Start of video timer 09:13

Time after 1st shot 07:16

2020-03-21 T23:16:452
AXON BODY 2 X81265399

LORENTZ003163



Ranger Mitchell stops to drink some coffee.

Start of video timer 15:06
Time after 1st shot 13:09

2020-03-21 T23:22:38Z
AXON BODY 2 X81265399

LORENTZ003169