IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KIMBERLY BECK and TRAVIS LORENTZ,**
**INDIVIDUALLY and as PERSONAL**
**REPRESENTATIVES of CHARLES "GAGE"**
**LORENTZ, DECEASED,**

        **Plaintiffs,**

v.                                                                           No.  2:20-cv-01280-MV-SMV

**UNITED STATES OF AMERICA and**
**ROBERT JOHN MITCHELL, INDIVIDUALLY**
**and in his OFFICIAL CAPACITY as a**
**NATIONAL PARK RANGER,**

        **Defendants.**

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE MOTIONS RELATED TO DISCOVERY AND TO EXTEND THE DEADLINE FOR THEIR RESPONSES TO DEFENDANTS' MOTIONS RELATED TO DISCOVERY**

THIS MATTER came before the Court on Plaintiffs' Unopposed Motion to Extend the Deadline to File Motions Related to Discovery and to Extend the Deadline for Their Responses to Defendants' Motions Related to Discovery entered on July 14, 2022. The Court has reviewed the Motion and noting the Motion is unopposed, FINDS there is good cause for the extensions and the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' Deadlines shall be modified as follows:

| | |
|---|---|
| Plaintiffs' Motions relating to discovery filed by: | **July 25, 2022** |
| Plaintiffs' Responses to Defendants' Motions relating to discovery filed by: | **August 5, 2022** |

1

                                                                        _____
STEPHAN M. VIDMAR
United States Magistrate Judge

Agreed to by the Parties:

*/s/ Shannon L. Kennedy*
Shannon L. Kennedy
Joseph P. Kennedy
Spencer W. Park
*Counsel for Plaintiffs*

*via email on 07/14/2022*
Roberto D. Ortega
Christine Lyman
*Counsel for Defendants*