**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

KIMBERLY BECK and TRAVIS LORENTZ,
INDIVIDUALLY and as PERSONAL
REPRESENTATIVES of CHARLES "GAGE"
LORENTZ, DECEASED,

      **Plaintiffs,**

v.                                                                                No. 20-cv-1280 MV/SMV

UNITED STATES OF AMERICA and
ROBERT JOHN MITCHELL, INDIVIDUALLY
and in his OFFICIAL CAPACITY as a
NATIONAL PARK RANGER,

      **Defendants.**

**ORDER SETTING MOTION HEARING**

| | |
|---|---|
| **Location:** | AT&T Teleconference Line<br>Call-in number: 888-363-4734<br>Code: 4382538 |
| **Date and time:** | Tuesday, November 1, at 10:30 a.m. MDT |
| **Matters to be heard:** | Defendant United States' Motion for Protective Order Regarding Plaintiffs' Rule 30(B)(6) Deposition Notice [Doc. 78] |

      **IT IS ORDERED** that a telephonic hearing is set on Defendant United States' Motion for

Protective Order Regarding Plaintiffs' Rule 30(B)(6) Deposition Notice [Doc. 78]. The hearing is

set for **Tuesday, November 1, 2022, at 10:30 a.m. MDT.** Counsel must call the Court's AT&T

Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

      **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**