

# EVIDENCE SYNC

| TASER Information | | Report Generated by | |
|---|---|---|---|
| Dept. | Eddy County Sheriff's Office | Name | Lara, Jim |
| Serial | X300065DY | Badge ID | E79 |
| Model | TASER X2 | Local Timezone | Mountain Standard Time (UTC -0600) |
| Firmware Version | Rev. 04.032 | Generated On | 23 Mar 2020 09:06:13 |
| Device Name | X300065DY | | |
| Health | Good | | |

## Device (X2)

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 1 | 29 Nov 2017 10:53:27 | Power Magazine Change | Manufacturing  S/N: XXXXX6    Battery capacity: 99% | | | |
| 2 | 29 Nov 2017 10:53:27 | Firmware Update | FW Bundle, Rev. 04.032, 4/7/2017 | | | |
| 3 | 29 Nov 2017 10:53:27 | Firmware Update | MC, Rev. 04.032, 4/7/2017 | | | |
| 4 | 29 Nov 2017 10:53:27 | Firmware Update | LDR, Rev. 04.025, 7/20/2016 | | | |
| 5 | 29 Nov 2017 10:53:27 | Firmware Update | HVM, Rev. 01.007, 4/5/2017 | | | |
| 6 | 29 Nov 2017 10:53:27 | Armed | C1: Empty<br>C2: Empty | | 27 | 99 |
| 7 | 29 Nov 2017 10:54:17 | Safe | C1: Empty<br>C2: Empty | 50 | 30 | 99 |
| 8 | 29 Nov 2017 10:54:25 | Armed | C1: Empty<br>C2: Empty | | 30 | 99 |
| 9 | 29 Nov 2017 10:54:41 | Safe | C1: Empty<br>C2: Empty | 16 | 31 | 99 |
| 10 | 29 Nov 2017 10:54:59 | Power Magazine Change | Standard    S/N: 783647    Battery capacity: 83% | | | |
| 11 | 29 Nov 2017 10:54:59 | Armed | C1: 25' Standard<br>C2: Empty | | 31 | 83 |
| 12 | 29 Nov 2017 10:55:00 | Safe | C1: 25' Standard<br>C2: Empty | 1 | 30 | 83 |
| 13 | 29 Nov 2017 10:57:50 | Power Magazine Change | Manufacturing  S/N: XXXXX6    Battery capacity: 99% | | | |
| 14 | 29 Nov 2017 10:57:50 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 28 | 99 |
| 15 | 29 Nov 2017 10:58:00 | Trigger | C1: Deployed | 5 | | 99 |
| 16 | 29 Nov 2017 10:58:06 | Trigger | C2: Deployed | 5 | | 99 |
| 17 | 29 Nov 2017 10:58:14 | Trigger | C2: Deployed | 5 | | 99 |
| 18 | 29 Nov 2017 10:58:20 | Trigger | C2: Deployed | 5 | | 99 |
| 19 | 29 Nov 2017 10:58:26 | Trigger | C2: Deployed | 5 | | 99 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Cartridge Info [Bay: length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 530 | 21 Mar 2020 09:18:49 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 19 | 39 |
| 531 | 21 Mar 2020 09:18:51 | Arc | C1: 25' Standard<br>C2: 25' Standard | 2 | | 39 |
| 532 | 21 Mar 2020 09:18:53 | Safe | C1: 25' Standard<br>C2: 25' Standard | 4 | 19 | 39 |
| 533 | 21 Mar 2020 17:23:13 | Armed | C1: 25' Standard<br>C2: 25' Standard | | 23 | 39 |
| 534 | 21 Mar 2020 17:23:30 | Trigger | C1: Deployed | 5 | | 39 |
| 535 | 21 Mar 2020 17:23:33 | Trigger | C2: Deployed | 6 | | 39 |
| 536 | 21 Mar 2020 17:43:48 | PowerSave | 20 Min Weapon Timer | | | |
| 537 | 22 Mar 2020 11:39:48 | PowerSave Exit | | | | |
| 538 | 23 Mar 2020 09:19:31 | USB Connected | | | | |
| 539 | 23 Mar 2020 09:04:51 | Time Sync | 23 Mar 2020 09:19:47 to 23 Mar 2020 09:04:51 | | | |
| 540 | 23 Mar 2020 09:05:30 | Time Sync | 23 Mar 2020 09:05:31 to 23 Mar 2020 09:05:30 | | | |