# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**KIMBERLY BECK**
**and TRAVIS LORENTZ,**

    **Plaintiffs,**

v.                                                                                                  No. 20-cv-1280 MV/SMV

**UNITED STATES OF AMERICA**
**and ROBERT JOHN MITCHELL,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

THIS MATTER is before me on "Defendant Robert John Mitchell's Motion to Quash Subpoena Duces Tecum for his Confidential Psychotherapy Records and Motion for Protective Order" ("Motion to Quash"), filed on June 13, 2022. [Doc. 63]. Plaintiffs responded on June 28, 2022 [Doc. 68], and Defendant Mitchell replied on July 11, 2022. [Doc. 73]. A telephonic hearing was held on November 1, 2022. [Doc. 105]. Having considered the parties' submissions, oral argument, and the relevant law, I will grant Defendant Mitchell's Motion to Quash for the reasons stated on the record. I will also order Defendant Mitchell to provide a timeline of the dates he received psychotherapy treatment to Plaintiffs and the Court by 5:00 p.m. MST on Monday, November 14, 2022.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that Defendant Mitchell's Motion to Quash [Doc. 63] be **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant Mitchell provide a timeline of psychotherapy treatment dates by **5:00 p.m. MST on November 14, 2022.**

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**